# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

BRIAN D. REYNOLDS

NO. 2020 KW 0304

**JUNE 19, 2020**

---

In Re:   State of Louisiana, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 394692.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

**WRIT GRANTED.** The district court's ruling granting the defendant's "motion to amend" is reversed. The transcript of the guilty plea proceedings does not reflect the defendant's plea was accepted by the district court pursuant to La. Code Crim. P. art. 893 nor that the district court held the minutes open until the conclusion of the defendant's probation pursuant to La. Code Crim. P. art. 881.1(A)(1). See **State v. Flynn,** 2017-1327 (La. App. 1st Cir. 4/11/18), 249 So.3d 834, 835-36 and **State v. A.R.W.,** 2017-1162 (La. App. 1st Cir. 2/16/18), 242 So.3d 648, 650-51.

**VGW**
**JMG**
**WJB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment of the Louisiana Supreme Court.